1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   JULIA SMITH,                                      No. C 16-04101 WHA

11              Plaintiff,

12      v.

13   CONSTELLATION BRANDS, INC., and            **ORDER STRIKING AMENDED**
     DOES 1 through 50, inclusive,              **COMPLAINT AND EXTENDING**
14                                              **DEADLINE TO FILE MOTION**
                Defendant.                      **FOR LEAVE TO AMEND**
15   _____/

16

17          The order dismissing plaintiff's complaint provided that by September 16 she could seek

18   leave to file an amended complaint with a formal motion explaining how the proposed amended

19   complaint cured the defects in the original complaint.  On September 16, plaintiff herself, not

20   her counsel of record, filed an amended complaint.  Appended to the amended complaint was a

21   hand-written cover letter in which plaintiff acknowledged that her complaint "does not

22   completely speak to" the defects identified in the order, but that she had terminated her

23   relationship with her attorney, Daniel Bacon.  She further averred that Attorney Bacon did not

24   "supply all information in order to continue this case" until the morning of September 16.

25          Attorney Bacon has not sought leave to withdraw from this action and has not sought to

26   substitute counsel.

27          This order construes plaintiff's letter as a motion to extend the deadline to file a motion

28   seeking leave to amend her complaint.  Plaintiff shall have until **THURSDAY, OCTOBER 20 AT**

     **NOON** to file a formal motion seeking leave to amend her complaint.  As stated, the motion must

*United States District Court*
For the Northern District of California

affirmatively demonstrate how the proposed amended complaint cures the defects identified in the order dismissing the action (and any others identified in defendant's motion).  The motion must include a proposed amended complaint and a redlined copy identifying the changes from the initial complaint.

To be clear, leave to amend has not yet been granted.  Accordingly, plaintiff's unauthorized amended complaint is hereby **STRICKEN**.  This is without prejudice to a formal motion seeking leave to file that proposed amended complaint.

**IT IS SO ORDERED.**

Dated:   September 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2