IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>CONSTELLATION BRANDS, INC., and<br>DOES 1 through 50, inclusive,<br><br>    Defendant.<br>                                        / | No. C 16-04101 WHA<br><br>**ORDER ALLOWING<br>ATTORNEY DANIEL RAY<br>BACON TO WITHDRAW AS<br>COUNSEL SUBJECT TO<br>STATED CONDITIONS** |

      Attorney Daniel Ray Bacon seeks leave to withdraw as counsel for plaintiff Julia Smith. To the extent he has not already, Attorney Bacon must provide all materials relating to this action to Smith. Additionally, he shall continue to forward any materials received relating to this matter.

      Henceforth, any pleadings shall be served on plaintiff directly at:

>Julia Smith
>336 Bon Air Center, Apt. 241
>Greenbrae, CA 94904

      In the event that a new lawyer appears on behalf of Smith, service on the lawyer will resume.

      **IT IS SO ORDERED.**

Dated: September 21, 2016.

                                                            WILLIAM ALSUP
                                                            UNITED STATES DISTRICT JUDGE