UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA SMITH,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CONSTELLATION BRANDS, INC., a<br>Delaware corporation, and DOES 1 through 50,<br>inclusive,<br><br>                    Defendant. | Case No. 3:16-cv-04101-WHA<br><br>[PROPOSED] ORDER CONTINUING<br>INITIAL CASE MANAGEMENT<br>CONFERENCE |

On September 27, 2016, the parties filed a Joint Motion to Continue the Initial Case Management Conference and Related Deadlines. For good cause showing, it is hereby ordered that the initial case management conference is continued to December 22, 2016. All related deadlines are hereby continued as follows:

| Date | Event | Governing Rule |
|---|---|---|
| Dec. 1, 2016 | Last Day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File ADR Certification | Fed. R. Civ. P. 26(f) & ADR L.R. 3-5<br><br><br><br><br>Civil L.R. 16-8(b) & ADR |

| | | |
|---|---|---|
| | signed by Parties and Counsel<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | L.R. 3-5(b)<br><br>Civil L.R. 16-8(c) & ADR L.R. 3-5(b) |
| Dec. 15, 2016 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | Fed. R. Civ. P. 26(a)(1); Civil L.R. 16-9 |
| Dec. 22, 2016 | INITIAL CASE MANAGEMENT CONFERENCE | Civil L.R. 16-10 |

**IT IS SO ORDERED**.


DATED: September 28, 2016.
_____

_____
Hon. William Alsup
United States District Judge

2

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
CASE NO. 3:16-cv-04101-WHA

4847-8046-5721.1