IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONSTELLATION BRANDS, INC., and<br>DOES 1 through 50, inclusive,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. C 16-04101 WHA<br><br>**ORDER GRANTING LEAVE<br>TO FILE FIRST AMENDED<br>COMPLAINT** |

Plaintiff seeks leave to file a first amended complaint after her initial complaint was dismissed (Dkt. No. 20). Defendant stated it does not oppose this motion, though it reserved its right to challenge the sufficiency of the complaint under Rule 12 (among other challenges to the merits of the case) (Dkt. No. 23). Although the Court had intended for defendant to respond to plaintiff's motion seeking leave to file the proposed amended complaint by raising any issues that might otherwise be raised in a Rule 12 motion (*i.e.*, contending the proposed amendment would be futile), this order **GRANTS** plaintiff's motion and will allow defendant to bring a Rule 12 motion. Plaintiff shall promptly file her first amended complaint, and defendant shall answer or otherwise respond no later than **FOURTEEN DAYS** after the complaint is filed. No extensions of that deadline will be granted, inasmuch as defendant has been on notice of the contents of the first amended complaint for several weeks.

**IT IS SO ORDERED.**

Dated: November 8, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE