IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIA SMITH,

    Plaintiff,

v.

CONSTELLATION BRANDS, INC., a Delaware corporation, and DOES 1 through 50, inclusive,

    Defendants.

No. C 16-04101 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing the action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Constellation Brands, Inc., and against plaintiff Julia Smith. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 19, 2017.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE